

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| TIMOTHY FONSECA, | § | No. 08-19-00227-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D02567) |
|  | § |  |

**O RDER**

The Court received and filed the first supplemental reporter's record as requested in its order issued November 11, 2020. The appeal is therefore reinstated, and the Appellant's motion for extension of time to file the brief has been GRANTED. The Appellant's brief is now due December 30, 2020.

IT IS SO ORDERED this 30th day of November, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.